1

2

3

4

5

6

7

8                                          UNITED STATES DISTRICT COURT

9                                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JASBIR KAUR,                                      Case No.  1:24-cv-00397-HBK

12                         Plaintiff,                   ORDER GRANTING PARTIES'
                                                        STIPULATED MOTION TO REMAND
13           v.                                         UNDER SENTENCE FOUR OF 42 U.S.C. §
                                                        405(g), REVERSING FINAL DECISION AND
14    MARTIN O'MALLEY,                                  REMANDING CASE[1]
      COMMISSIONER OF SOCIAL
15    SECURITY,                                         (Doc. No. 12)

16                         Defendant.                   ORDER MOOTING PLAINTIFF'S MOTION
                                                        FOR SUMMARY JUDGMENT
17
                                                        (Doc. No.  10)
18

19

20           Pending before the Court is the parties' joint motion to remand filed July 26, 2024.  (Doc.

21    No. 12).  Plaintiff Jasbir Kaur and the Commissioner of Social Security agree that this case

22    should be remanded for further administrative proceedings under sentence four of 42 U.S.C. §

23    405(g).  (*Id*.).

24           The United States Supreme Court held that the Social Security Act permits remand in

25    conjunction with a judgment either affirming, reversing, or modifying the Secretary's decision.

26    _____

27    [1] Both parties have consented to the jurisdiction of a magistrate judge in accordance with 28 U.S.C.
      §636(c)(1).  (Doc. No. 8).

28

1    *See Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991) (addressing issue of attorney's fees under

2    the Equal Access to Justice Act and calculating deadline using date of final judgment).  The

3    *Melkonyan* court recognized 42 U.S.C. § 405(g) contemplates only two types of remand –

4    sentence four or sentence six.  *Id.* at 98.  A sentence four remand authorizes a court to enter "a

5    judgment affirming, modifying, or reversing the decision of the Secretary, with or without

6    resetting the cause for a rehearing."  *Id.* (other citations omitted).

7          The Court grants the parties' motion to remand under sentence four and reverses the

8    Commissioner's final decision.  As agreed upon by the parties, upon remand, the Commissioner

9    will further develop the record as necessary, and issue a new decision.

10         Accordingly, it is **ORDERED**:

11    1.  Pursuant to sentence four of 42 U.S.C.§ 405(g), the Court grants the joint motion to

12        remand (Doc. No. 12) and REVERSES the Commissioner's decision.  This case is

13        REMANDED to the Commissioner of Social Security for further proceedings

14        consistent with this Order.

15    2.  A motion for attorney fees may be filed within thirty (30) days.

16    3.  Plaintiff's Motion for Summary Judgment (Doc. No. 10) is MOOT.

17    4.  The Clerk shall enter judgment in favor of Plaintiff, terminate any deadlines, and close

18        this case.

19

20    Dated:    July 29, 2024

21                                          HELENA M. BARCH-KUCHTA
                                            UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2